In the Matter of WAKI MILLING, Appellant, v JAMES BERBARY, as Superintendent of Collins Correctional Facility, et al., Respondents.

Submitted August 7, 2006; decided August 31, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.